

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00685-CV

**AMERICAN CASUALTY CO. OF READING, PENNSYLVANIA,**
Appellant

v.

Denise **BUSHMAN**, as Beneficiary of Clayton F. Bushman, Jr., Deceased,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-0823-CV
Honorable W.C. Kirkendall, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs of this appeal are taxed against appellant.

SIGNED August 19, 2015.

_____
Luz Elena D. Chapa, Justice